IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JESUS MONTERRUBIO,
    Petitioner,

vs.                                            Case No. 3:05cv351/MCR/EMT

TRACY JOHNS, Warden,
    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

    Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1). The filing fee has been paid.

    Petitioner, currently incarcerated at the United States Penitentiary in Coleman, Florida, challenges disciplinary action that was taken against him while incarcerated there and the resulting loss of good conduct time. Title 28 of the United States Code, Section 2241 confers upon federal courts the authority to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). The district with jurisdiction over the prisoner or his custodian is the only district that has jurisdiction to entertain a petitioner's section 2241 petition. *See* Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 495, 93 S.Ct. 1123, 35 L.Ed.2d 443 (1973). In the instant case, both Petitioner and his custodian are located in the United States District Court for the Middle District of Florida; therefore, transfer of this case to that district is appropriate.

    Accordingly, it is respectfully **RECOMMENDED**:

    That the Clerk of this Court be directed to forthwith transfer this action to the United States District Court for the Middle District of Florida for all further proceedings.

    At Pensacola, Florida, this 25th day of October 2005.

                                                          /s/ *Elizabeth M. Timothy*
                                                          **ELIZABETH M. TIMOTHY**
                                                          **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**