## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JESUS MONTERRUBIO,

    Petitioner,

vs.                                Case No. 3:05cv351/MCR/EMT

TRACY JOHNS, Warden,

    Respondent.
_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 25, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The Clerk of this Court is directed to forthwith transfer this action to the United States District Court for the Middle District of Florida for all further proceedings.

    **DONE AND ORDERED** this 29th day of November, 2005.


                                    _s/ M. Casey Rodgers_
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**